SAM DRIER v. RANDFORCE AMUSEMENT CORP. et al.—

 Concur —
Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.